UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY ESTRADA,<br><br>        Plaintiff,<br><br>v.<br><br>ALDO GARZA, et al.,<br><br>        Defendants. | 1:18-cv-01592-SAB (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION AND REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS |

Plaintiff has filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff neither filed an application to proceed in forma pauperis nor paid the $400.00 filing fee in full. Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send plaintiff a regular civil in forma pauperis application;

2. Within **thirty (30) days** from the date of service of this order, plaintiff shall either file a completed regular civil in forma pauperis application or pay the $400.00 filing fee in full.

Failure to obey this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **November 21, 2018**

                                               UNITED STATES MAGISTRATE JUDGE