# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY ESTRADA, | ) Case No.: 1:18-cv-01592-SAB (PC) |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING PLAINTIFF'S |
| | ) APPLICATION TO PROCEED IN FORMA |
| ALDO GARZA, et.al., | ) PAUPERIS WITHOUT PREPAYMENT OF |
| | ) FEES |
| Defendants. | ) |
| | ) [ECF No. 5] |
| | ) |
| | ) |
| | ) |

Plaintiff Brandy Estrada is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on November 19, 2018. On November 21, 2018, the Court send Plaintiff a regular civil in forma pauperis application for Plaintiff to complete and return within thirty days. Plaintiff filed an in forma pauperis application on December 19, 2018.

The Court has reviewed Plaintiff's application and finds that it demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court shall not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

Dated: __December 27, 2018__

UNITED STATES MAGISTRATE JUDGE

1